NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIETEX INTERNATIONAL LTD.,**
*Appellant*

**v.**

**PRECISION FABRICS GROUP, INC.,**
*Appellee*

---

2016-1748

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01248.

---

## JUDGMENT

---

JAMAICA P. SZELIGA, Seyfarth Shaw LLP, Washington, DC, argued for appellant. Also represented by NEIL C. JONES, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC; JAMES ROBERTSON, J.M. Robertson, LLC, Birmingham, AL.

LYNNE A. BORCHERS, Sage Patent Group, PLLC, Raleigh, NC, argued for appellee. Also represented by PETER DANIEL SIDDOWAY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 10, 2017 | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |